

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: JAMES HILLARD, | § | No. 08-22-00179-CR |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § | 210th Judicial District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20220D02996) |
|  | § |  |

## O R D E R

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 8, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Felix Valenzuela, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 8, 2023.

IT IS SO ORDERED this 25th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.